**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**February 16, 2018**

**Elisabeth A. Shumaker**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**
_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

SAUL ANTONIO FLORES-LOPEZ,

    Defendant - Appellant.

No. 17-5088
(D.C. Nos. 4:17-CV-00383-JHP-MJX and
4:12-CR-00041-JHP-3)
(N.D. Okla.)

_____

**ORDER DENYING CERTIFICATE OF APPEALABILITY**[*]
_____

Before **MATHESON**, **KELLY**, and **MURPHY**, Circuit Judges.
_____

The district court denied Oklahoma state prisoner Saul Antonio Flores-Lopez's

application for habeas relief under 28 U.S.C. § 2255 on the ground that it was

untimely under 28 U.S.C. § 2244(d).[1]  To appeal that ruling, Mr. Flores-Lopez must

obtain a certificate of appealability ("COA") from this court.  *See* 28 U.S.C.

§ 2253(c)(1)(A) (requiring a COA to appeal "the final order in a habeas corpus

proceeding in which the detention complained of arises out of process issued by a

---

[*] This order is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel.  It may be cited, however, for its persuasive value consistent with Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.

[1] In light of this court's recent decision in *United States v. Higley*, No. 17-1111 (10th Cir. Sep. 29, 2017), this matter was abated and remanded on a limited basis for the district court to consider whether to issue a COA.  The district court denied a COA on February 13, 2018, and we lifted our abatement.

State court"). To obtain a COA, he must show "that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000); *accord Dulworth v. Jones*, 496 F.3d 1133, 1137 (10th Cir. 2007).

Mr. Flores-Lopez does not address timeliness in his brief requesting a COA. Although we liberally construe Mr. Flores-Lopez's filings because he represents himself, we do not act as his advocate. *Yang v. Archuleta*, 525 F.3d 925, 927 n.1 (10th Cir. 2008). Without an argument from Mr. Flores-Lopez as to why reasonable jurists would debate the district court's ruling, we must deny a COA and dismiss this matter.

Entered for the Court

Scott M. Matheson, Jr.
Circuit Judge